Decided December 7, 1998

STEPHEN TIROZZI *v.* SHELBY INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 50 Conn. App. 680 (AC 17498), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Dominic J. Caciopoli* and *Rocco J. Tirozzi*, in support of the petition.

*Patrick M. Mullins* and *William E. Murray*, in opposition.

Decided December 7, 1998